**Charles R. MAJOR, Plaintiff—Appellant,**

v.

**GREENVILLE COUNTY SHERIFF'S OFFICE; Cathy Phillips, Anderson County Clerk of Court; Stephen M. Pruitt, sued in his professional and his individual capacity; Carolina Emergency Physicians; Stephen Burkholtz, Doctor, sued in his professional and in his individual capacity; Benjamin Crumpler, Doctor, sued in his professional and his individual capacity, Defendants—Appellees.**

No. 06–1104.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 30, 2006.

Charles R. Major, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

**152**

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles R. Major appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Major v. Greenville County Sheriff's Office*, No. 6:05–cv–01993–RBH (D.S.C. Dec. 9 & 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*